NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUL 5 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: PELI POPOVICH HUNT,

                Debtor.

_____

PELI POPOVICH HUNT,

                Appellant,

  v.

DANIEL A. CAPEN, M.D.; et al.,

                Appellees.

No. 14-55845

D.C. No. 2:12-cv-06600-MMM

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Submitted June 26, 2017[**]

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

Chapter 7 debtor Peli Popovich Hunt appeals pro se from the district court's

order affirming the bankruptcy court's order converting Hunt's chapter 11

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

bankruptcy proceeding to a chapter 7 proceeding.  We have jurisdiction under 28 U.S.C. § 158(d).  We affirm.

In the opening brief, Hunt fails to address how the bankruptcy court erred in converting Hunt's bankruptcy case.  As a result, Hunt has waived her challenge to the bankruptcy court's order.  *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We review only issues which are argued specifically and distinctly in a party's opening brief.").

We reject as meritless Hunt's contentions that the district court and bankruptcy court lacked jurisdiction and demonstrated bias.

All pending motions are denied.

**AFFIRMED.**